PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Transferring Court)* | CR-23-00821-002-TUC-SHR (BGM) |
| DOCKET NUMBER *(Receiving Court)* | 2:24-cr-00218-CDS-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Devon Timothy Carlos | District of Arizona | 4: Tucson |

| | |
|---|---|
| NAME OF SENTENCING JUDGE | Scott H. Rash, U.S. District Judge |
| DATES OF PROBATION/SUPERVISED RELEASE | FROM 4/8/2024 TO 4/7/2028 |

**OFFENSE**

Violating Title 8, U.S.C. §1324(a)(1)(A)(v)(I), 8, U.S.C. §1324(a)(1)(A)(ii) and 8, U.S.C. §1324(a)(1)(B)(i), Conspiracy to Transport Illegal Aliens for Profit, a Class C Felony offense

**JUSTIFICATION/REASON FOR TRANSFER**

District of Nevada requesting TOJ to address violations in their district

**PART 1- ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Devon Timothy Carlos, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/30/2024
Date

*/s/ Scott H. Rash*
Scott H. Rash
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/01/2024
Effective Date

United States District Judge  Cristina D. Silva